# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Delta Industries, Inc. | ) ASBCA No. 61670 |
| | ) |
| Under Contract No. SPE4A5-18-P-0566 | ) |

APPEARANCE FOR THE APPELLANT:     Mr. George S. Price
                                  Secretary

APPEARANCES FOR THE GOVERNMENT:   Daniel K. Poling, Esq.
                                   DLA Chief Trial Attorney
                                  Edward R. Murray, Esq.
                                   Trial Attorney
                                   DLA Aviation
                                   Richmond, VA

## ORDER OF DISMISSAL

The dispute has been settled.* The appeal is dismissed with prejudice.

Dated: January 24, 2019

DAVID D'ALESSANDRIS
Administrative Judge
Armed Services Board
of Contract Appeals

---

* We note that this matter was resolved by the contracting officer on July 31, 2018, yet neither party notified the Board of the resolution of the appeal. The parties are reminded of their obligation to promptly notify the Board of resolution of matters in dispute.

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61670, Appeal of Delta Industries, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals